UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-42930-659 |
| | ) | |
| Matthew and Willie Fanegan, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

### DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

COME NOW Debtors, Matthew and Wille Fanegan, and hereby request to voluntarily dismiss the pending Chapter 13 case, case number 13-42930, filed in the United States Bankruptcy Court, Eastern District of Missouri, Eastern Division, on April 1, 2013.

Respectfully Submitted,
THE BANKRUPTCY COMPANY

*/s/ Judith M. Roberts*
David N. Gunn, #54880MO
James J. Haller # 42003MO
Judith M. Roberts #64702MO
2025 S Brentwood Blvd., Ste. 206
St. Louis, MO 63144
Tel:  314-961-9822
Fax:  314-961-9825
stlouis@tbcwam.com

### PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Voluntarily Dismiss was served via ECF or first-class mail, postage prepaid to the following parties on 25th day of July, 2014.

*/s/ Amanda L. Childs*
Amanda L. Childs, Paralegal

John V. LaBarge
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143